IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                       CASE NO. 4:12CR00093 BSM

ERIC BRYAN ASHLEY                                                                                 DEFENDANT

## FINAL ORDER OF FORFEITURE

The United States' motion for final order of forfeiture [Doc. No. 105] is granted.

On October 31, 2013, a preliminary order of forfeiture was entered [Doc. No. 100] and defendant Eric Bryan Ashley was ordered to forfeit his interest in the following:

1.       One Compaq Presario 5900Z Tower Series 1001, SN: 9006CMPZ694, containing one Western Digital 20 GB hard drive, SN: WD-WMA061005770;

2.       One HP Pavilion dv7 Notebook Computer, SN: CNF005DJCK, containing one Seagate 500 GB hard drive, SN: 5VJ3LORQ;

3.       One HP Pavilion dv9700 Notebook Computer, SN: CNF8103X3V, containing one Hitachi 250 GB hard drive, SN: 080215BB0F00WDHPKWPC;

4.       One Toshiba Notebook Computer, SN: 98299467Q, containing one Hitachi 320 GB hard drive, SN: 080608FB0400LEG3EKUA;

5.       One Sony Cybershot SCH - H10 Digital Camera (767230) containing one Sony memory stick pro duo, 2 GB, SN: GENERIC MS READER01; and

6.       One Sony Cybershot SCH - H10 Digital Camera (723858).

Beginning on November 15, 2013, and continuing for thirty consecutive days, the

United States published notice of this forfeiture and of its intent to dispose of the property in accordance with the law on its forfeiture website (www.forfeiture.gov). *See* Doc. No. 104. Further, the United States notified all third parties of their right to petition the court within thirty days to adjudicate the validity of their alleged legal interest in the property. No claims have been filed on the subject property, and time for filing has expired.

The United States' motion is therefore granted. Accordingly, it is ordered that the subject property is forfeited. It is further ordered that all right, title, and interest in the subject property is now vested in the United States, and the United States Marshal or his designee is authorized to dispose of the property according to law. Jurisdiction shall be retained for the purpose of enforcing this order.

IT IS SO ORDERED this 18th day of February 2014.

UNITED STATES DISTRICT JUDGE